| | |
|---|---|
| 1 | Shaun Setareh (SBN 204514) |
| | shaun@setarehlaw.com |
| 2 | Brian Louis (SBN 353058) |
| | brian@setarehlaw.com |
| 3 | SETAREH LAW GROUP |
| | 420 N. Camden Drive |
| 4 | Beverly Hills, California 90210 |
| | Telephone (310) 888-7771 |
| 5 | Facsimile  (310) 888-0109 |
| 6 | Attorneys for Plaintiff |
| | ERIC M. WICKHAM |
| 7 | |
| 8 | Curtis A. Graham (SBN 215745) |
| | cagraham@littler.com |
| | LITTLER MENDELSON, P.C. |
| 9 | 633 W. 5th Street, 63rd Floor |
| | Los Angeles, CA 90071 |
| 10 | Telephone (213) 443-4300 |
| | Facsimile  (213) 443-4299 |
| 11 | |
| 12 | Jamie Y. Lee (SBN 228983) |
| | jylee@littler.com |
| | LITTLER MENDELSON, P.C. |
| 13 | 18565 Jamboree Road, Suite 800 |
| | Irvine, CA 92612 |
| 14 | Telephone (949) 442-1111 |
| | Facsimile  (949) 724-1201 |
| 15 | |
| 16 | Attorneys for Defendant |
| | SCHENKER, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | | |
|---|---|---|
| ERIC M. WICKHAM, on behalf of himself, all others similarly situated, | | Case No. 5:23-cv-00946-PCP |
| | | Assigned For All Purposes to the Hon. P. Casey Pitts, Courtroom 8 |
| *Plaintiff*, | | |
| vs. | | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |
| SCHENKER, INC., a New York company; and DOES 1 through 50, inclusive, | | |
| *Defendants*. | | Complaint Filed:    November 20, 2019 |
| | | FAC Filed:              August 18, 2021 |
| | | SAC Filed:              March 2, 2023 |

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRELIMINARY APPROVAL OF SETTLEMENT

Plaintiff ERIC M. WICKHAM ("Plaintiff") and SCHENKER, INC. ("Defendant") (collectively referred as "the Parties"), through their respective counsel, hereby stipulate that the hearing and associated filing deadlines for Plaintiff's Motion for Preliminary Approval of Settlement be continued for approximately three (3) weeks. The Parties are diligently in the process of finalized the documents to be filed in conjunction with the Motion for Preliminary Approval of Settlement and anticipate some delays, particularly in obtaining internal approval and signatures during the holidays. The Parties jointly request that the hearing on Motion for Preliminary Approval of Settlement, currently set for February 13, 2025 be continued to March 6, 2025 or to a date convenient for the Court. The Parties also request that the deadline for filing of the Motion for Preliminary Approval of Settlement be continued from January 8, 2025 to January 29, 2025 or to a date to correspond with the new hearing date.

Respectfully submitted,

DATED:  December 20, 2024            SETAREH LAW GROUP

                                     /s/ Brian Louis
                                     SHAUN SETAREH
                                     BRIAN LOUIS
                                     Attorneys for Plaintiff
                                     ERIC M. WICKHAM


DATED:  December 20, 2024            LITTLER MENDELSON, P.C.

                                     /s/ Jamie Lee
                                     CURTIS A. GRAHAM
                                     JAMIE Y. LEE
                                     Attorneys for Defendant
                                     SCHENKER, INC.

**[PROPOSED] ORDER**

PURSUANT TO THE ABOVE STIPULATION, AND GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED.

Having considered the parties' stipulation, and good cause appearing therefore, the Court orders that the hearing on Plaintiff's Motion for Preliminary Approval of Settlement is hereby continued from February 13, 2025 to _____. The deadline to file the Motion for Preliminary Approval of Settlement is continued from January 8, 2025 to _____.

**IT IS SO ORDERED.**

DATED: _____, 2024

Hon. P. Casey Pitts
United States District Court Judge

4938-6559-9753.1 / 070732-1052

## PROOF OF SERVICE BY ELECTRONIC TRANSMISSION

I am employed in Fresno County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 5200 North Palm Avenue, Suite 302, Fresno, California 93704.2225. On this 20th day of December, 2024, I served a copy of the within document(s):

**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses on the attached service list on the dates and at the times stated thereon. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. The electronic notification address of the person making the service is jdrudge@littler.com:

| | |
|---|---|
| Shaun Setareh<br>Brian Louis<br>SETAREH LAW GROUP<br>420 N. Camden Dr.<br>Beverly Hills, California 90210<br>Telephone (310) 888-7771<br>Facsimile (310) 888-0109<br>shaun@setarehlaw.com;<br>brian@setarehlaw.com;<br>calendar@setarehlaw.com | ***ATTORNEY FOR PLAINTIFF***<br>***ERIC M. WICKHAM*** |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on this 20th day of December, 2024, at Fresno, California.

*Jennifer A. Drudge*
Jennifer A. Drudge

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

PROOF OF SERVICE